IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAULA MCCAULEY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-2673-D |
| | § | |
| THE KROGER CO. D/B/A KROGER STORE | § | |
| AND KROGER TEXAS, L.P. | § | |
| D/B/A KROGER STORE | § | |
|     Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has been advised by the parties that all matters in controversy between Plaintiff Paula McCauley and Defendant Kroger Texas, L.P., have been fully and completely compromised and settled and that Plaintiff no longer desires to pursue this cause or any claims against Defendant. Therefore, the Court is of the opinion that this case should be dismissed with prejudice to the refiling of it.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant are hereby dismissed with prejudice against the refiling of same, with each party to pay their own court costs.

SIGNED July 1, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

**AGREED:**


*/s/  Alexandria Risinger*
Sean J. McCaffity
Alexander Risinger
***Attorneys for Plaintiff***


*/s/ Jack Ormond*
B. Kyle Briscoe
Jack Ormond
***Attorneys for Defendant***